IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DENISE GANT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:08-cv-0056 |
| AVANTECH MANUFACTURING, LLC, | ) ) ) |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL

As evidenced by the signatures below, it appears to the Court that Plaintiff Denise Gant and Defendant AvanTech Manufacturing, LLC, have settled this case. It is, therefore,

**ORDERED,** that this case is hereby dismissed, with prejudice. It is further

**ORDERED,** that each party will bear their own discretionary costs and attorneys' fees.

**ORDERED,** that court costs shall be paid by Plaintiff, for which execution shall issue if necessary.

Entered this 21st day of April, 2009

_____
DISTRICT COURT JUDGE